UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　　　v.<br>EMEKA FRANK ODIAKA<br>　　　　　　　　PLAINTIFF<br><br>　　　　　　　　DEFENDANT(S). | CASE NUMBER<br>**11-0627M**<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:  CLERK'S OFFICE. U.S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest 03/23/11, 07:00  ☒ AM / ☐ PM

2. Defendant is in lock-up (in this court building) Yes ☒  No ☐

3. Charges under which defendant has been booked:
   8 USC 1326

4. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

5. U.S. Citizen:  ☐ Yes   ☒ No   ☐ Unknown

6. Interpreter Required:  ☒ No   ☐ Yes: _____ (Language)

7. Year of Birth: 1964

8. The defendant is:  ☒ Presently in custody on this charge.
   ☐ Federal – In custody on another conviction.
   ☐ State – In custody awaiting trial on these charges.

9. Place of detention (if out-of-district): N/A

10. Date detainer placed on defendant: 03/23/11

11. This is a reprosecution of previously dismissed charges. (Docket/Case No. **NO** )

12. Does the defendant have retained counsel? ☒ No
    ☐ Yes   Name: _____ and Phone Number: _____

13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: DUTY OFFICER    Time: 08:30    AM / PM

14. Remarks (if any): NONE

15. Date: 03/23/11     16. Name: AL CASTILLO _____ (Please Print)

17. Agency: ICE        18. Signature: _____

19. Office Phone Number: 213-216-9564