# UNITED STATES DISTRICT COURT
### for the
### Central District of California

FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Emeka Frank Odiaka<br>Defendant | )<br>)<br>) Case No. 11-0627M<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, ~~or charged with violating the terms of probation or supervised release in a petition filed in this court~~. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 3/23/11

_Emeka Odiaka_
Defendant's signature

_Nadine C. Ajette_
Signature of defendant's attorney

---

If defendant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and languages, I accurately translated this Waiver of Preliminary Hearing from English into _____ to defendant _____, on this date.

Date: _____

_____
Interpreter